# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ray Terzich<br>Mary Kay Terzich<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-22260 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: (215)-627-1322
    Attorney for Movant/Applicant