**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−22260−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Ray Terzich
1234 Pocono Street
Pittsburgh, PA 15218

Mary Kay Terzich
1234 Pocono Street
Pittsburgh, PA 15218

Social Security No.:
xxx−xx−4404

xxx−xx−5869

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 17, 2018
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
September 17, 2018
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/8/18

BY THE COURT

Carlota M. Bohm
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 18-22260-CMB
Ray Terzich                                                       Chapter 13
Mary Kay Terzich
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                 Page 1 of 2                  Date Rcvd: Aug 08, 2018
                              Form ID: rsc13             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb       +Ray Terzich,   Mary Kay Terzich,   1234 Pocono Street,   Pittsburgh, PA 15218-1112
cr           +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219,
               UNITED STATES 15219-6101
14858078     +Atlantic Credit & Finance Inc.,    assignee of Capital One,   c/o Apothaker & Associates P.C.,
               520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
14858079    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998-2238)
14886117     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14858083     +CitiCards CBNA,   PO Box 6190,   Sioux Falls, SD 57117-6190
14858087     +DSNB/Macy’s,   PO Box 8218,   Mason, OH 45040-8218
14880841      Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA 98083-0657
14858084      Disover Bank,   c/o Stock & Grimes LP,    21 Yost Blvd.,   Suite 301,
               Pittsburgh, PA 15221-5283
14858085      Dollar Bank FSB,    3 Gateway Center West,   Pittsburgh, PA 15222
14858086     +Dollar Bank Visa,   P.O. Box 3969,   Pittsburgh, PA 15230-3969
14858091     +FBN Omaha,   PO Box 3412,   Omaha, NE 68103-0412
14860616     +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
14858093      KML Law Group,   BNY Mellon Independence Center,    701 Market Street - Suite 5000,
               New York, NY 10106
14858096     +Northstar Capital Acquisition LLC,    c/o Apothaker & Associates PC,   520 Fellowship Road, C306,
               Mount Laurel, NJ 08054-3410
14858098     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14858099     +PNC Bank Mortgage Services,   PO Box 8703,   Dayton, OH 45401-8703
14887466     +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
14868029     +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14891200     +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14887660      UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2018 02:06:52      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
cr           +E-mail/Text: kburkley@bernsteinlaw.com Aug 09 2018 02:08:15      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14858080     +E-mail/Text: kburkley@bernsteinlaw.com Aug 09 2018 02:08:15      Bernstein -Burkley, PC,
               707 Grant Street, Suite 2200,   Gulf Tower,   Pittsburgh, PA 15219-1945
14858081      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 02:08:56      Capital One Bank,
               P. O. Box 30281,   Salt Lake City, UT 84130-0281
14858082     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 02:09:50
               Capital One Bank USA NA,   15000 Capital One Drive,   Richmond, VA 23286-0001
14858092     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 09 2018 02:07:36      Key Bank NA,
               4910 Tiedeman Road,   Brooklyn, OH 44144-2338
14893777      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2018 02:09:29
               LVNV Funding, LLC its successors and assigns as,    assignee of Wells Fargo Financial Bank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14893776      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2018 02:09:03
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14887804      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2018 02:09:59
               LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14858095     +E-mail/Text: bkr@cardworks.com Aug 09 2018 02:05:57      Merrick Bank,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
14885999     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2018 02:07:13      Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14858612     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2018 02:09:25
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14858100      E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2018 02:09:47      SYNCB/Walmart,   PO Box 965024,
               Orlando, FL 32896-5024
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC Bank National Association
```

```
District/off: 0315-2           User: bsil                  Page 2 of 2                   Date Rcvd: Aug 08, 2018
                               Form ID: rsc13              Total Noticed: 34

cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14858088*       +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
14858089*       +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
14858090       ##+Edwin A. Abrahamsen & Associates,    120 North Keyer Avenue,    Scranton, PA 18504-9701
14858094       ##+LVNV Funding LLC,    120 North Keyser Avenue,    Scranton, PA 18504-9701
14858097       ##+Nudelman Klemm & Golub,    425 Eagle Rock Avenue, Suite 403,    Roseland, NJ 07068-1787
                                                                                          TOTALS: 1, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Debtor Ray  Terzich julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Joint Debtor Mary Kay  Terzich julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```