IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-22260 CMB |
| Ray Terzich | : | Chapter 13 |
| Mary Kay Terzich, | : | |
| Debtors | : | Related to Docket No. 31 |
| | : | |
| Ray Terzich | : | |
| Mary Kay Terzich, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PNC Bank, N.A., | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on September 4, 2018, a true and correct copy of the *Loss Mitigation Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

PNC Bank, N.A.
3232 Newark Drive
Miamisburg, OH 45342

Ray & Mary Kay Terzich
1234 Pocono Street
Pittsburgh, Pa 15218

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Date of Service: September 4, 2018

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965