# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | RAY & MARY KAY TERZICH |
| **Case Number:** | 18-22260-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019  01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/14/19 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#17 - Final Confirmation of Plan Dated 6/29/2018 (NFC)
R / M #: 17 / 0

### *Appearances:*

Debtor: J Seidl
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __3/28/19__ at __11:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2019    3:57:16PM