IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Bankruptcy No. 18-22260 CMB |
|---|---|---|
|     Ray Terzich | : | Chapter 13 |
|     Mary Kay Terzich, | : | |
|         Debtors | : | Related to Docket No. 46 |
| | : | |
|     Ray Terzich | : | |
|     Mary Kay Terzich, | : | |
|         Movants | : | |
| | : | |
|     v. | : | |
| | : | |
|     PNC Bank, N.A., | : | |
|         Respondent | : | |

**CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 14, 2019

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

EXECUTED ON:


Chapter 13 Trustee
LMP@chapter13trusteewdpa.com


                                    By: /s/ Kenneth Steidl
                                    Kenneth Steidl, Esquire
                                    Attorney for the Debtor(s)
                                    STEIDL & STEINBERG, P.C.
                                    Suite 2830 - Gulf Tower
                                    707 Grant Street, Pittsburgh, PA  15219
                                    (412) 391-8000
                                    P.A.I.D. No. 34965
                                    ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**