# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | RAY & MARY KAY TERZICH |
| Case Number: | 18-22260-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 28, 2019  11:30 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/29/19 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#17 - Continued Confirmation of Plan Dated 6/29/2018 (NFC)
R / M #:  17 / 0

**Appearances:**

*A- Steidl*

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _8/8/19_ at _2:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/21/2019   2:28:57PM