IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-22260 CMB |
| Ray Terzich | : | Chapter 13 |
| Mary Kay Terzich, | : | |
| Debtors | : | |
| | : | |
| Ray Terzich | : | re doc. 53 |
| Mary Kay Terzich, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PNC Bank, N.A., | : | |
| Respondent | : | |

**ENTERED BY DEFAULT**
<u>**ORDER OF COURT**</u>

*AND NOW,* this <u>18th</u> **day of** <u>June</u>, 20<u>19</u>, it is hereby **ORDERED**, **ADJUDGED** *and DECREED* that this Court approves the loan modification between the Debtors, Ray and Mary Kay Terzich and the mortgage company, PNC Bank, N.A. the terms of which are as follows:

a) The new balance owed is $83,690.34.
b) The interest rate is now 5.8750%.
c) The monthly mortgage payment is $906.38 beginning June 1, 2019.
d) Maturity date is May 1, 2059.
e) The Mortgage arrears are now $0.00.

It is further ordered that an amended plan shall be filed within thirty days of the date of this order that incorporates the terms of the loan modification described above.

FILED
6/18/19 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

PAWB Local Form 47 (04/14)                                                                                              Page 1 of 1

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                  Case No. 18-22260-CMB
Ray Terzich                                             Chapter 13
Mary Kay Terzich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1           Date Rcvd: Jun 18, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Ray Terzich,   Mary Kay Terzich,   1234 Pocono Street,   Pittsburgh, PA 15218-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Joint Debtor Mary Kay  Terzich julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Ray  Terzich julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8