**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  Bankruptcy Case No.: 18–22260–CMB

Chapter: 13
Docket No.: 59 – 58
Conciliation Conference Date: 8/8/19 at 02:00 PM

**Ray Terzich**                                          Mary Kay Terzich
 Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the  26th  day of  June , 2019 , I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

  First Class Mail

on the respondent(s) at (list names and addresses here):

  All parties listed on the attached mailing matrix

Executed on  6/26/19                            /s/ Kenneth Steidl
              (Date)                                          (Signature)

 Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-22260-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jun 26 12:09:36 EDT 2019 | Atlantic Credit & Finance Inc.<br>assignee of Capital One<br>c/o Apothaker & Associates P.C.<br>520 Fellowship Road C306<br>Mount Laurel, NJ 08054-3410 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bernstein -Burkley, PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219-1945 | Capital One Bank<br>P. O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank USA NA<br>15000 Capital One Drive<br>Richmond, VA 23286-0001 | CitiCards CBNA<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 | DSNB/Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Disover Bank<br>c/o Stock & Grimes LP<br>21 Yost Blvd.<br>Suite 301<br>Pittsburgh, PA 15221-5283 | Dollar Bank FSB<br>3 Gateway Center West<br>Pittsburgh, PA 15222 |
| Dollar Bank Visa<br>P.O. Box 3969<br>Pittsburgh, PA 15230-3969 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Edwin A. Abrahamsen & Associates<br>120 North Keyer Avenue<br>Scranton, PA 18504-9701 | FBN Omaha<br>PO Box 3412<br>Omaha, NE 68103-0412 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | KML Law Group<br>BNY Mellon Independence Center<br>701 Market Street - Suite 5000<br>New York, NY 10106 | Key Bank NA<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| LVNV Funding LLC<br>120 North Keyser Avenue<br>Scranton, PA 18504-9701 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Wells Fargo Financial Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Northstar Capital Acquisition LLC<br>c/o Apothaker & Associates PC<br>520 Fellowship Road, C306<br>Mount Laurel, NJ 08054-3410 |

Nudelman Klemm & Golub
425 Eagle Rock Avenue, Suite 403
Roseland, NJ 07068-1787

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

PNC Bank Mortgage Services
PO Box 8703
Dayton, OH 45401-8703

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342-5421

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pittsburgh Water & Sewer Authority
Goehring, Rutter, and Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Pittsburgh Water & Sewer Authority
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

SYNCB/Walmart
PO Box 965024
Orlando, FL 32896-5024

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Mary Kay Terzich
1234 Pocono Street
Pittsburgh, PA 15218-1112

Ray Terzich
1234 Pocono Street
Pittsburgh, PA 15218-1112

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX 79998-2238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)PNC Bank National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

End of Label Matrix
Mailable recipients    47
Bypassed recipients     4
Total                  51