IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ray Terzich | ) | Case No. 18-22260 CMB |
| Mary Kay Terzich | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Ray Terzich | ) | |
| Mary Kay Terzich | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Shellpoint Mortgage Servicing, | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on August 3, 2020, a true and correct copy of the *Order of Court dated June 19, 2020 along with the Amended Chapter 13 Plan Dated August 3, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.


Date of Service: August 3, 2020      /s/ Kenneth Steidl
      Kenneth Steidl, Esquire
      Attorney for the Debtor

      STEIDL & STEINBERG
      707 Grant Street
      Suite 2830, Gulf Tower
      Pittsburgh, PA 15219
      (412) 391-8000
      Ken.steidl@steidl-steinberg.com
      PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-22260-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Aug  3 15:34:47 EDT 2020 | Atlantic Credit & Finance Inc.<br>assignee of Capital One<br>c/o Apothaker & Associates P.C.<br>520 Fellowship Road C306<br>Mount Laurel, NJ 08054-3410 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bernstein -Burkley, PC<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219-1945 | Capital One Bank<br>P. O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank USA NA<br>15000 Capital One Drive<br>Richmond, VA 23286-0001 | CitiCards CBNA<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 | DSNB/Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Disover Bank<br>c/o Stock & Grimes LP<br>21 Yost Blvd.<br>Suite 301<br>Pittsburgh, PA 15221-5283 | Dollar Bank FSB<br>3 Gateway Center West<br>Pittsburgh, PA 15222 |
| Dollar Bank Visa<br>P.O. Box 3969<br>Pittsburgh, PA 15230-3969 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Edwin A. Abrahamsen & Associates<br>120 North Keyer Avenue<br>Scranton, PA 18504-9701 | FBN Omaha<br>PO Box 3412<br>Omaha, NE 68103-0412 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | KML Law Group<br>BNY Mellon Independence Center<br>701 Market Street - Suite 5000<br>New York, NY 10106 | Key Bank NA<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| LVNV Funding LLC<br>120 North Keyser Avenue<br>Scranton, PA 18504-9701 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Wells Fargo Financial Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

| | | |
|---|---|---|
| Northstar Capital Acquisition LLC<br>c/o Apothaker & Associates PC<br>520 Fellowship Road, C306<br>Mount Laurel, NJ 08054-3410 | Nudelman Klemm & Golub<br>425 Eagle Rock Avenue, Suite 403<br>Roseland, NJ 07068-1717 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | PNC Bank Mortgage Services<br>PO Box 8703<br>Dayton, OH 45401-8703 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Mary Kay Terzich<br>1234 Pocono Street<br>Pittsburgh, PA 15218-1112 |
| Ray Terzich<br>1234 Pocono Street<br>Pittsburgh, PA 15218-1112 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)NewRez LLC d/b/a Shellpoint Mortgage Servi<br>P.O. Box 10826<br>Greenville, SC  29603-0826 | (u)PNC Bank National Association |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients    49<br>Bypassed recipients     5<br>Total                  54 |