**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/22/2023

IN RE:

RAY TERZICH                                     Case No.18-22260 CMB
MARY KAY TERZICH
1234 POCONO STREET                              Chapter 13
PITTSBURGH,  PA  15218
XXX-XX-4404          Debtor(s)

XXX-XX-5869

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts∗ and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.


   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.


   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.


   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

∗Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

3/22/2023

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  2967 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE | |

| | | |
|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  /PRAE | |

| | | |
|---|---|---|
| **KEYBANK NA\*\*** | Trustee Claim Number:4  INT %: 5.00% | CRED DESC:  VEHICLE |
| POB 94968 | Court Claim Number:3 | ACCOUNT NO.:  5580 |
| | CLAIM:  9,429.31 | |
| CLEVELAND, OH  44101 | COMMENT:  $CL-PL@5%/PL\*910CL/PL\*PIF/CR/LTR | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:8 | ACCOUNT NO.:  2923 |
| PO BOX 10826 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  LN MOD@37\*FR PNC BANK-DOC 66 | |

| | | |
|---|---|---|
| **PADGETT LAW GROUP** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 6267 OLD WATER OAK RD STE 203 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TALLAHASSEE, FL  32312 | COMMENT:  NEW REZ | |

| | | |
|---|---|---|
| **PNC MORTGAGE** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| PO BOX 8703 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DAYTON, OH  45401 | COMMENT: | |

| | | |
|---|---|---|
| **ATLANTIC CREDIT & FINANCE INC++** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 13386 | Court Claim Number: | ACCOUNT NO.:  3042 |
| | CLAIM:  0.00 | |
| ROANOKE, VA  24033-3386 | COMMENT:  NT ADR~CAP 1/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:7 | ACCOUNT NO.:  4382 |
| | CLAIM:  2,532.51 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:6 | ACCOUNT NO.:  8307 |
| PO BOX 2011 | | |
| | CLAIM:  5,602.10 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE\*\*** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 0690 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28269 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.: 1730 |
| POB 10587 | | |
| | CLAIM: 6,289.87 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK~COSTCO | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER FINANCIAL SVCS | Court Claim Number: | ACCOUNT NO.: 7925 |
| POB 3025 | | |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH 43054 | COMMENT: | |

| | | |
|---|---|---|
| **DOLLAR BANK FSB(\*)** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN CONSUMER DEFAULT MANAGEMENT | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 3969 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 4275 | | |
| | CLAIM: 0.00 | |
| NORCROSS, GA 30091 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4 | ACCOUNT NO.: 8900 |
| PO BOX 657 | | |
| | CLAIM: 1,757.53 | |
| KIRKLAND, WA 98083-0657 | COMMENT: MACYS | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:5 | ACCOUNT NO.: 2140 |
| PO BOX 657 | | |
| | CLAIM: 1,971.13 | |
| KIRKLAND, WA 98083-0657 | COMMENT: MACYS | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(\*)** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106\* | Court Claim Number:1 | ACCOUNT NO.: 2019 |
| | CLAIM: 3,275.26 | |
| OMAHA, NE 68197-3106 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.: 6908 |
| POB 10587 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0587 | COMMENT: X9520/SCH\*LOWES~GE MONEY BANK\*STALE CL@ | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS\*\* | Court Claim Number:15 | ACCOUNT NO.: 3255 |
| POB 10368 | | |
| | CLAIM: 1,325.71 | |
| GREENVILLE, SC 29603-0368 | COMMENT: NO ACCT/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **APOTHAKER & ASSOC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 520 FELLOWSHIP RD C 306 | Court Claim Number: | ACCOUNT NO.:  5203 |
| | CLAIM:  0.00 | |
| MOUNT LAUREL, NJ  08054 | COMMENT:  NORTHSTAR CPTL/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:22 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~WALMART/SCH | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:23 INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **DOLLAR BANK FSB(*)** | Trustee Claim Number:24 INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| ATTN CONSUMER DEFAULT MANAGEMENT | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 3969 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: | |

| | | |
|---|---|---|
| **EDWIN A ABRAHAMSEN ASSOC PC++** | Trustee Claim Number:25 INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 120 N KEYSER AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SCRANTON, PA  18504 | COMMENT: | |

| | | |
|---|---|---|
| **NUDELMAN KLEMM & GOLUB (NKG)++** | Trustee Claim Number:26 INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 425 EAGLE ROCK AVE STE 403 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ROSELAND, NJ  07068 | COMMENT: | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:27 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:2 | ACCOUNT NO.:  8769 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  267.63 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:28 INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:29 INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:8 | ACCOUNT NO.:  2923 |
| PO BOX 10826 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  LN MOD@37*FR PNC BANK-DOC 66 | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:30 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:9 | ACCOUNT NO.:  5869 |
| PO BOX 1123 | | |
| | CLAIM:  874.05 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PGH WTR AND SWR/PRAE | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:32 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:11 | ACCOUNT NO.: 9H93 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 198.08 | |
| PITTSBURGH, PA 15219 | COMMENT: 129H93*$@10%/CL-PL*NT/SCH*WNTS 10%*THRU 6/1/18 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.: 7710 |
| POB 10587 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0587 | COMMENT: ACCT NT/SCH*WELLS FARGO FINANCIAL BANK*STALE CL@ $3646.84 W/D*DOC 95 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:14 | ACCOUNT NO.: 0816 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 231.59 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:16 | ACCOUNT NO.: 4850 |
| POB 10587 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*THE HOME DEPOT-CITIBANK*STALE CL@ | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:08 | ACCOUNT NO.: 2923 |
| PO BOX 10826 | | |
| | CLAIM: 8,692.53 | |
| GREENVILLE, SC 29603-0826 | COMMENT: LN MOD@37*FR PNC BANK-DOC 66 | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:8 | ACCOUNT NO.: 2923 |
| PO BOX 10826 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: PMT/DECL*DK4LMT*BGN 6/19*FR PNC BANK-DOC 66 | |