**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Ray Terzich and<br>　　　　Mary Kay Terzich<br><br>　　　　　　　　　　　Debtor(s).<br>_____ | )<br>) Case No. __18-22260-CMB<br>)<br>) **Chapter 13**<br>)<br>X |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☒ 　　a motion to dismiss case or certificate of default requesting dismissal

☐ 　　a plan modification sought by: _____

☐ 　　a motion to lift stay
　　　as to creditor　　_____

☐ 　　Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated _7/12/21_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ 　　Debtor(s) Plan payments shall be changed from $ _1375____ to $3_910_ per month, effective _March 2020___; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 98) is treated as resolved by this Order.
➢ The secured claim(s) of _____ shall govern, and then following all allowed post-petition payment change notices filed of record prior to _____. Local Rule(s) 3002-4 and 3002-5 for any PCN and PPFNs filed after the indicated date remains in effect.

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 23rd day of February, 2024

*Carlota M. Böhm*
United States Bankruptcy Judge    dmk

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
2/23/24 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22260-CMB
Ray Terzich  Chapter 13
Mary Kay Terzich
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Feb 23, 2024      Form ID: pdf900      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray Terzich, Mary Kay Terzich, 1234 Pocono Street, Pittsburgh, PA 15218-1112 |
| 14858078 | + | Atlantic Credit & Finance Inc., assignee of Capital One, c/o Apothaker & Associates P.C., 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14858084 | | Disover Bank, c/o Stock & Grimes LP, 21 Yost Blvd., Suite 301, Pittsburgh, PA 15221-5283 |
| 14858085 | | Dollar Bank FSB, 3 Gateway Center West, Pittsburgh, PA 15222 |
| 14858086 | + | Dollar Bank Visa, P.O. Box 3969, Pittsburgh, PA 15230-3969 |
| 14858090 | + | Edwin A. Abrahamsen & Associates, 120 North Keyer Avenue, Scranton, PA 18504-9701 |
| 14858091 | + | FBN Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14858093 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 14858094 | + | LVNV Funding LLC, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14858096 | + | Northstar Capital Acquisition LLC, c/o Apothaker & Associates PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14858097 | + | Nudelman Klemm & Golub, 425 Eagle Rock Avenue, Suite 403, Roseland, NJ 07068-1717 |
| 14858099 | + | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Feb 23 2024 23:48:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14858079 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2024 23:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14886117 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 23 2024 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14858080 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2024 23:48:00 | Bernstein -Burkley, PC, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14858081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2024 00:37:57 | Capital One Bank, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14858082 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 23:58:07 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23286-0001 |
| 14858083 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 23:58:30 | CitiCards CBNA, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 14858087 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 23:58:07 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 14880841 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2024 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

Case 18-22260-CMB    Doc 105    Filed 02/25/24    Entered 02/26/24 00:26:58    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14894669 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2024 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14860616 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 23 2024 23:48:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14858092 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 23 2024 23:48:00 | Key Bank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14894753 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893776 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2024 00:09:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893777 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:27 | LVNV Funding, LLC its successors and assigns as, assignee of Wells Fargo Financial Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14887804 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2024 00:09:47 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894723 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 23 2024 23:58:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14858095 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 23 2024 23:58:26 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14885999 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2024 23:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15161551 | | Email/Text: mtgbk@shellpointmtg.com | Feb 23 2024 23:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14858098 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2024 23:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14887466 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2024 23:48:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14858612 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2024 00:23:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868029 | + | Email/Text: ebnpeoples@grblaw.com | Feb 23 2024 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14891200 | + | Email/Text: ebnpwsa@grblaw.com | Feb 23 2024 23:48:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14858100 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2024 00:10:21 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14887660 | | Email/Text: BNCnotices@dcmservices.com | Feb 23 2024 23:48:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 23, 2024 | Form ID: pdf900 | Total Noticed: 40

| | | |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14858088 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 14858089 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Denise Carlon
   on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com

Jeffrey R. Hunt
   on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Kenneth Steidl
   on behalf of Debtor Ray Terzich julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
   on behalf of Joint Debtor Mary Kay Terzich julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8