# PROCEEDING MEMO

**Date: 09/10/2024 01:30 pm**

**In re:**  **Ray Terzich**
      **Mary Kay Terzich**

**Bankruptcy No. 18-22260-CMB**
**Chapter: 13**
**Doc. # 106**

**Appearances:  Ronda Winnecour**
                **Abagale Steidl, Esq.**

**Nature of Proceeding: # 106 Continued Motion to Dismiss Case**

**Additional Pleadings:**

**Outcome:**

Current plan payment and arrears exceeds $1,600

Case is dismissed for failure to make payments without prejudice.

                              **Carlota Böhm**
                              **U.S. Bankruptcy Judge**

FILED
9/11/24 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA