IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-22260 CMB |
| | ) | Chapter 13 |
| Ray Terzich | ) | |
| Mary Kay Terzich | ) | |
|    Debtors | ) | Related to Docket No. 118 & 119 |
| | ) | |
| Ray Terzich | ) | Docket No. |
| Mary Kay Terzich | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 18, 2024, a true and correct copy of the *Order Setting Hearing* filed on September 17, 2024 was served by U. S. First Class Mail upon the following persons and parties:

**Full case mailing matrix by USPS**


Date of Service: September 18, 2024
        /s/ Kenneth Steidl
        Kenneth Steidl, Esquire
        Attorney for the Debtor
        STEIDL & STEINBERG, P.C.
        707 Grant Street
        Gulf Tower, Suite 2830
        Pittsburgh, PA  15219
        (412) 391-8000
        ken.steidl@steidl-steinberg.com
        PA I.D. No.  34965

```
Label Matrix for local noticing          Duquesne Light Company                    LVNV Funding, LLC
0315-2                                   c/o Bernstein-Burkley, P.C.               Resurgent Capital Services
Case 18-22260-CMB                        707 Grant Street, Suite 2200, Gulf Tower  PO Box 10587
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1945                 Greenville, SC 29603-0587
Pittsburgh
Wed Sep 18 11:37:06 EDT 2024

NewRez LLC d/b/a Shellpoint Mortgage Servici   PRA Receivables Management, LLC    Peoples Natural Gas Company LLC
P.O. Box 10826                                 PO Box 41021                       c/o S. James Wallace, P.C.
Greenville, SC 29603-0826                      Norfolk, VA 23541-1021             845 N. Lincoln Ave.
                                                                                  Pittsburgh, PA 15233-1828


Pittsburgh Water & Sewer Authority       2                                        Atlantic Credit & Finance Inc.
Goehring, Rutter, and Boehm              U.S. Bankruptcy Court                    assignee of Capital One
437 Grant Street, 14th Floor             5414 U.S. Steel Tower                    c/o Apothaker & Associates P.C.
Frick Building                           600 Grant Street                         520 Fellowship Road C306
Pittsburgh, PA 15219-6101                Pittsburgh, PA 15219-2703                Mount Laurel, NJ 08054-3410


Bank of America                          Bank of America, N.A.                    Bernstein -Burkley, PC
PO Box 982238                            P O Box 982284                           707 Grant Street, Suite 2200
El Paso, TX 79998-2238                   El Paso, TX 79998-2284                   Gulf Tower
                                                                                  Pittsburgh, PA 15219-1945


Capital One Bank                         Capital One Bank USA NA                  CitiCards CBNA
P. O. Box 30281                          15000 Capital One Drive                  PO Box 6190
Salt Lake City, UT 84130-0281            Richmond, VA 23286-0001                  Sioux Falls, SD 57117-6190


(p)DSNB MACY S                           Department Stores National Bank          Disover Bank
CITIBANK                                 c/o Quantum3 Group LLC                   c/o Stock & Grimes LP
1000 TECHNOLOGY DRIVE MS 777             PO Box 657                               21 Yost Blvd.
O FALLON MO 63368-2239                   Kirkland, WA  98083-0657                 Suite 301
                                                                                  Pittsburgh, PA 15221-5283


Dollar Bank FSB                          Dollar Bank Visa                         Edwin A. Abrahamsen & Associates
3 Gateway Center West                    P.O. Box 3969                            120 North Keyer Avenue
Pittsburgh, PA 15222                     Pittsburgh, PA 15230-3969                Scranton, PA 18504-9701


FBN Omaha                                (p)FIRST NATIONAL BANK OF OMAHA          KML Law Group
PO Box 3412                              1620 DODGE ST                            BNY Mellon Independence Center
Omaha, NE 68103-0412                     STOP CODE 3113                           701 Market Street - Suite 5000
                                         OMAHA NE 68102-1593                      New York, NY 10106


Key Bank NA                              LVNV Funding LLC                         LVNV Funding, LLC its successors and assigns
4910 Tiedeman Road                       120 North Keyser Avenue                  assignee of Citibank (South Dakota),
Brooklyn, OH 44144-2338                  Scranton, PA 18504-9701                  N.A.
                                                                                  Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.                     assignee of GE Money Bank                      assignee of Wells Fargo Financial Bank
Resurgent Capital Services                     Resurgent Capital Services                     Resurgent Capital Services
PO Box 10587                                   PO Box 10587                                   PO Box 10587
Greenville, SC 29603-0587                      Greenville, SC 29603-0587                      Greenville, SC 29603-0587
```

```
MERRICK BANK                         Merrick Bank                          Midland Funding LLC
Resurgent Capital Services           P.O. Box 9201                         PO Box 2011
PO Box 10368                         Old Bethpage, NY 11804-9001           Warren, MI 48090-2011
Greenville, SC 29603-0368


Northstar Capital Acquisition LLC    Nudelman Klemm & Golub                Office of the United States Trustee
c/o Apothaker & Associates PC        425 Eagle Rock Avenue, Suite 403      1000 Liberty Avenue
520 Fellowship Road, C306            Roseland, NJ 07068-1717               Suite 1316
Mount Laurel, NJ 08054-3410                                                Pittsburgh, PA 15222-4013


(p)PNC BANK RETAIL LENDING           PNC Bank Mortgage Services            Pittsburgh Water & Sewer Authority
P O BOX 94982                        PO Box 8703                           Goehring, Rutter & Boehm
CLEVELAND OH 44101-4982              Dayton, OH 45401-8703                 c/o Jeffrey R. Hunt, Esquire
                                                                           437 Grant Street, 14th Floor
                                                                           Frick Building
                                                                           Pittsburgh, PA 15219-6101


SYNCB/Walmart                        UPMC Health Services                  Kenneth Steidl
PO Box 965024                        PO Box 1123                           Steidl & Steinberg
Orlando, FL 32896-5024               Minneapolis, MN 55440-1123            Suite 2830 Gulf Tower
                                                                           707 Grant Street
                                                                           Pittsburgh, PA 15219-1908


Mary Kay Terzich                     Ray Terzich                           Ronda J. Winnecour
1234 Pocono Street                   1234 Pocono Street                    Suite 3250, USX Tower
Pittsburgh, PA 15218-1112            Pittsburgh, PA 15218-1112             600 Grant Street
                                                                           Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DSNB/Macy's                          First National Bank of Omaha          PNC Bank
PO Box 8218                          1620 Dodge Street, Stop code 3105     2730 Liberty Avenue
Mason, OH 45040                      Omaha, NE 68197                       Pittsburgh, PA 15222


(d)PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC Bank National Association     (d)Duquesne Light Company             (d)NewRez LLC d/b/a Shellpoint Mortgage Servi
                                     c/o Bernstein-Burkley, P.C.           P.O. Box 10826
                                     707 Grant St., Suite 2200, Gulf Tower Greenville, SC  29603-0826
                                     Pittsburgh, PA 15219-1945
```

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients    5<br>Total                 49 |