IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Ray Terzich | ) | Case No. 18-22260 |
| Mary Kay Terzich | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Ray Terzich | ) | |
| Mary Kay Terzich | ) | |
|     Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 23, 2024, at docket number 121 and 122, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| 10/3/2024 | /s/ Ray Terzich |
| Date | Debtor |
| | |
| 10/3/2024 | /s/ Mary Kay Terzich |
| DATE | Debtor |

Respectfully submitted,

10/7/2024  /s/ Kenneth Steidl
DATE  Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street- Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**