**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **RAY TERZICH** |
| Debtor 2 (Spouse, if filing) | **MARY KAY TERZICH** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **18-22260CMB** |

## Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   NEW REZ LLC D/B/A SHELLPOINT

**Court claim no.** (if known):   08

**Last 4 digits** of any number you use to identify the debtor's account   2  9  2  3

**Property Address:**   1234 POCONO ST
PITTSBURGH PA 15218

### Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 0.00 |
| b.  Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e.  Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                                $    $937.26

The next postpetition payment is due on    9 / 1 / 2024
                                                                    MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **RAY TERZICH** | Case number *(if known)* | **18-22260CMB** |
|---|---|---|---|
| | Name | | |

## Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour                                          Date   11/27/2024

Signature

Trustee        Ronda J. Winnecour

Address       CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone   (412) 471-5566                 Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **RAY TERZICH** | | Case number *(if known)* | **18-22260CMB** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 06/19/2019 | | PNC BANK NA | REALLOCATION OF CONTINUING DEBT | 937.51 |
| 07/29/2019 | 1126873 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,781.63 |
| 08/27/2019 | 1130357 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 906.38 |
| 10/24/2019 | 1136996 | PNC BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,747.12 |
| 11/25/2019 | 1140219 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 889.97 |
| 12/23/2019 | 1143605 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 889.97 |
| 01/28/2020 | 1147069 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 432.31 |
| 08/25/2020 | 1170199 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 414.09 |
| 09/28/2020 | 1173291 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,724.42 |
| 11/24/2020 | 1179456 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,103.54 |
| 12/21/2020 | 1182400 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,103.12 |
| 01/25/2021 | 1185376 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,102.77 |
| 02/22/2021 | 1188502 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 419.66 |
| 03/26/2021 | 1191800 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,114.45 |
| 04/26/2021 | 1195044 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,124.41 |
| 07/26/2021 | 1204553 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,213.37 |
| 08/26/2021 | 1207682 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 2,007.00 |
| 09/24/2021 | 1210799 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,008.32 |
| 11/22/2021 | 1216908 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,004.52 |
| 12/23/2021 | 1219984 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,011.06 |
| 01/26/2022 | 1223042 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,015.82 |
| 03/25/2022 | 1228880 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,071.88 |
| 04/26/2022 | 1231923 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,095.68 |
| 05/25/2022 | 1234962 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,118.02 |
| 06/27/2022 | 1237988 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 2,277.88 |
| 08/24/2022 | 1243819 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,679.54 |
| 09/27/2022 | 1246689 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 842.12 |
| 10/25/2022 | 1249508 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,319.81 |
| 11/23/2022 | 1252298 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,307.28 |
| 12/22/2022 | 1255048 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 765.43 |
| 02/23/2023 | 1260387 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 2,601.65 |
| 04/25/2023 | 1265979 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,299.90 |
| 05/25/2023 | 1268841 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,307.29 |
| 06/26/2023 | 1271740 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,307.31 |
| 07/25/2023 | 1274493 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,292.27 |
| 08/25/2023 | 1277266 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,292.16 |
| 09/26/2023 | 1280006 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 942.15 |
| 11/27/2023 | 1285385 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,548.13 |
| 01/26/2024 | 1290658 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 360.00 |
| 02/26/2024 | 1293315 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 749.97 |
| 04/25/2024 | 1298619 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 2,576.51 |
| 05/29/2024 | 1301337 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,297.48 |
| 06/25/2024 | 1303865 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,292.17 |
| 07/25/2024 | 1306466 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,292.11 |
| 08/26/2024 | 1309037 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 1,290.69 |
| 11/25/2024 | 1316718 | NEW REZ LLC D/B/A SHELLPOINT MORTG, | AMOUNTS DISBURSED TO CREDITOR | 4,695.83 |
| | | | | 59,574.70 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

RAY TERZICH
MARY KAY TERZICH
1234 POCONO STREET
PITTSBURGH, PA  15218

KENNETH STEIDL ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG
C/O SHELLPOINT MORTGAGE SVCNG
PO BOX 10826
GREENVILLE, SC  29603-0826

PADGETT LAW GROUP
6267 OLD WATER OAK RD STE 203
TALLAHASSEE, FL  32312


11/27/24                                          /s/ Roberta Saunier
                                                  _____
                                                  Administrative Assistant
                                                  Office of the Chapter 13 Trustee