Fill in this information to identify the case.

| | |
|---|---|
| Debtor 1 | Ray Terzich |
| Debtor 2 (Spouse, if filing) | Mary Kay Terzich |

United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State)

Case number 18-22260-CMB

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing          Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 2923

Property address:   1234 POCONO ST ,
                    Number        Street

                    PITTSBURGH, PA 15218
                    City            State         ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    11 / 01 / 2024
                                                              MM/DD/YYYY

*Secured Creditor agrees that the Trustee has disbursed $59,574.70, through and including September 1, 2024. However, the Debtor is currently due for November 1, 2024 in the amount of $1,919.95 and $410.62 making the total due $1,509.33.

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                    (a) $
b. Less Suspense Balance:                                                                     - (b) $
c. Total. Subtract lines a and b.                                                              (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                MM/ DD/ YYYY

---

Form 4100R                  **Response to Notice of Final Cure Payment**                  page 1

| Debtor 1 | Ray Terzich | | | Case number (if known) | 18-22260-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Christopher Salamone                    Date 12/12/2024
    Signature

Print   Christopher Salamone                    Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd, Suite 450
          Number        Street
          Alpharetta, GA 30004
          City          State         ZIP Code

Contact   470-321-7112                    Email csalamone@raslg.com

Form 4100R                Response to Notice of Final Cure Payment                page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
DISTRICT OF PITTSBURGH

| | |
|---|---|
| IN RE: Ray Terzich and Mary Kay Terzich, | CASE NO.: 18-22260-CMB |
| Debtors. | Chapter 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___December 16, 2024___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Ray Terzich
1234 Pocono Street
Pittsburgh, PA 15218

Mary Kay Terzich
1234 Pocono Street
Pittsburgh, PA 15218

And via electronic mail to:

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Justine Bennett