**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RAY TERZICH<br>MARY KAY TERZICH<br>     Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:18-22260<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/01/2018 and confirmed on 9/27/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,829.86 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,829.86 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,140.00 | |
|   Trustee Fee | 4,358.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,498.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2923 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 8,692.53 | 8,692.53 | 0.00 | 8,692.53 |
|     Acct: 2923 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 59,574.70 | 0.00 | 59,574.70 |
|     Acct: 2923 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2923 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 198.08 | 198.08 | 122.10 | 320.18 |
|     Acct: 9H93 | | | | |
|   KEYBANK NA** | 9,429.31 | 9,429.31 | 1,275.21 | 10,704.52 |
|     Acct: 5580 | | | | |
| | | | | 79,291.93 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAY TERZICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 750.00 | 750.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX0/25 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 2,532.51 | 319.07 | 0.00 | 319.07 |
|     Acct: 4382 | | | | |
|   MIDLAND FUNDING LLC | 5,602.10 | 705.81 | 0.00 | 705.81 |
|     Acct: 8307 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0690 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 6,289.87 | 792.46 | 0.00 | 792.46 |
| | Acct: 1730 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7925 | | | | |
| | DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEPARTMENT STORES NATIONAL BANK/l | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,757.53 | 221.43 | 0.00 | 221.43 |
| | Acct: 8900 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,971.13 | 248.34 | 0.00 | 248.34 |
| | Acct: 2140 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 3,275.26 | 412.65 | 0.00 | 412.65 |
| | Acct: 2019 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6908 | | | | |
| | MERRICK BANK | 1,325.71 | 167.03 | 0.00 | 167.03 |
| | Acct: 3255 | | | | |
| | APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5203 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 267.63 | 33.72 | 0.00 | 33.72 |
| | Acct: 8769 | | | | |
| | UPMC HEALTH SERVICES | 874.05 | 110.12 | 0.00 | 110.12 |
| | Acct: 5869 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7710 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 231.59 | 29.18 | 0.00 | 29.18 |
| | Acct: 0816 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4850 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2967 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EDWIN A ABRAHAMSEN ASSOC PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NUDELMAN KLEMM & GOLUB (NKG)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3042 | | | | |
| | | | | | 3,039.81 |

TOTAL PAID TO CREDITORS                                                         82,331.74

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 18,319.92 |
| UNSECURED | 24,127.38 |

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAY TERZICH
MARY KAY TERZICH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22260

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22260-CMB
Ray Terzich  Chapter 13
Mary Kay Terzich
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Feb 25, 2025     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray Terzich, Mary Kay Terzich, 1234 Pocono Street, Pittsburgh, PA 15218-1112 |
| 14858084 | | Disover Bank, c/o Stock & Grimes LP, 21 Yost Blvd., Suite 301, Pittsburgh, PA 15221-5283 |
| 14858085 | | Dollar Bank FSB, 3 Gateway Center West, Pittsburgh, PA 15222 |
| 14858086 | + | Dollar Bank Visa, P.O. Box 3969, Pittsburgh, PA 15230-3969 |
| 14858090 | + | Edwin A. Abrahamsen & Associates, 120 North Keyer Avenue, Scranton, PA 18504-9701 |
| 14858091 | + | FBN Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14858093 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 14858094 | + | LVNV Funding LLC, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14858097 | + | Nudelman Klemm & Golub, 425 Eagle Rock Avenue, Suite 403, Roseland, NJ 07068-1717 |
| 14858099 | + | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:30:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Feb 26 2025 03:33:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14858078 | ^ | MEBN | Feb 26 2025 00:17:58 | Atlantic Credit & Finance Inc., assignee of Capital One, c/o Apothaker & Associates P.C., 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14858079 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 26 2025 03:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14886117 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 26 2025 03:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14858080 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 26 2025 03:34:00 | Bernstein -Burkley, PC, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14858081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 02:03:33 | Capital One Bank, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14858082 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:51:20 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23286-0001 |
| 14858083 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:49:59 | CitiCards CBNA, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 14858087 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:51:22 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |

Case 18-22260-CMB    Doc 142    Filed 02/27/25    Entered 02/28/25 00:29:55    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14880841 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14894669 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 26 2025 03:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14860616 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 26 2025 03:34:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14858092 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 26 2025 03:34:00 | Key Bank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14894753 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:29:59 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893776 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:50:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893777 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:30:16 | LVNV Funding, LLC its successors and assigns as, assignee of Wells Fargo Financial Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14887804 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:50:37 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894723 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2025 01:30:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14858095 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2025 01:51:55 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14885999 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2025 03:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15161551 | | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2025 03:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14858096 | ^ | MEBN | Feb 26 2025 00:17:59 | Northstar Capital Acquisition LLC, c/o Apothaker & Associates PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14858098 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 03:33:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14887466 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 03:33:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14858612 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:51:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868029 | + | Email/Text: ebnpeoples@grblaw.com | Feb 26 2025 03:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14891200 | + | Email/Text: ebnpwsa@grblaw.com | Feb 26 2025 03:33:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14858100 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:50:52 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14887660 | | Email/Text: BNCnotices@dcmservices.com | Feb 26 2025 03:34:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 30

Case 18-22260-CMB   Doc 142   Filed 02/27/25   Entered 02/28/25 00:29:55   Desc
Imaged Certificate of Notice   Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 40 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14858088 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 14858089 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Kenneth Steidl
on behalf of Debtor Ray Terzich julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Mary Kay Terzich julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8