**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ray Terzich<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4404<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Mary Kay Terzich<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5869<br>EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–22260–CMB

# Order of Discharge                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ray Terzich                                           Mary Kay Terzich

<u>4/14/25</u>                                          **By the court:** <u>Carlota M Bohm</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22260-CMB |
| Ray Terzich | Chapter 13 |
| Mary Kay Terzich | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 14, 2025      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray Terzich, Mary Kay Terzich, 1234 Pocono Street, Pittsburgh, PA 15218-1112 |
| 14858084 | | Disover Bank, c/o Stock & Grimes LP, 21 Yost Blvd., Suite 301, Pittsburgh, PA 15221-5283 |
| 14858085 | | Dollar Bank FSB, 3 Gateway Center West, Pittsburgh, PA 15222 |
| 14858086 | + | Dollar Bank Visa, P.O. Box 3969, Pittsburgh, PA 15230-3969 |
| 14858090 | + | Edwin A. Abrahamsen & Associates, 120 North Keyer Avenue, Scranton, PA 18504-9701 |
| 14858091 | + | FBN Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14858093 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 14858094 | + | LVNV Funding LLC, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14858097 | + | Nudelman Klemm & Golub, 425 Eagle Rock Avenue, Suite 403, Roseland, NJ 07068-1717 |
| 14858099 | + | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 15 2025 01:09:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14858078 | ^ | MEBN | Apr 15 2025 01:09:19 | Atlantic Credit & Finance Inc., assignee of Capital One, c/o Apothaker & Associates P.C., 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14858079 | | EDI: BANKAMER | Apr 15 2025 04:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14886117 | + | EDI: BANKAMER2 | Apr 15 2025 04:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14858080 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2025 01:11:00 | Bernstein-Burkley, PC, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14858081 | | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One Bank, P. O. Box 30281, Salt Lake City, UT 84130-0281 |

Case 18-22260-CMB    Doc 145    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 42 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14858082 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23286-0001 |
| 14858083 | + EDI: CITICORP | Apr 15 2025 04:46:00 | CitiCards CBNA, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 14858087 | EDI: CITICORP | Apr 15 2025 04:46:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 14880841 | EDI: Q3G.COM | Apr 15 2025 04:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14894669 | + Email/Text: kburkley@bernsteinlaw.com | Apr 15 2025 01:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14860616 | Email/Text: collecadminbankruptcy@fnni.com | Apr 15 2025 01:09:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14858092 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 15 2025 01:10:00 | Key Bank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14894753 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:20:50 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893776 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:25 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893777 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:32 | LVNV Funding, LLC its successors and assigns as, assignee of Wells Fargo Financial Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14887804 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:32 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894723 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 15 2025 01:20:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14858095 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 15 2025 01:19:32 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14885999 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15161551 | Email/Text: mtgbk@shellpointmtg.com | Apr 15 2025 01:09:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14858096 | ^ MEBN | Apr 15 2025 01:09:19 | Northstar Capital Acquisition LLC, c/o Apothaker & Associates PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14858098 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2025 01:09:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14887466 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2025 01:09:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14858612 | + EDI: PRA.COM | Apr 15 2025 04:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868029 | + Email/Text: ebnpeoples@grblaw.com | Apr 15 2025 01:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14891200 | + Email/Text: ebnpwsa@grblaw.com | Apr 15 2025 01:09:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

Case 18-22260-CMB   Doc 145   Filed 04/16/25   Entered 04/17/25 00:29:37   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 42 |

| 14858100 | EDI: SYNC | | Apr 15 2025 04:46:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
|---|---|---|---|---|
| 14887660 | Email/Text: BNCnotices@dcmservices.com | | Apr 15 2025 01:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14858088 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 14858089 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB/Macy's, PO Box 8218, Mason, OH 45040 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Ray Terzich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Mary Kay Terzich julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Apr 14, 2025     Form ID: 3180W     Total Noticed: 42

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8